Chalos, O'Connor & Duffy LLP
Attorneys for Plaintiff,
FLAME MARITIME LIMITED
366 Main Street
Port Washington, New York
11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FLAME MARITIME LIMITED,

            Plaintiff,

    v.

HASSAN ALI RICE EXPORT COMPANY,

            Defendant.

-----------------------------------------------------------x

07 CIV. 4426 (WHP)

**STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, FLAME MARITIME LIMITED, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
      May 30, 2007

                               CHALOS, O'CONNOR & DUFFY, LLP
                               Attorneys for Plaintiff

By:

                               Owen F. Duffy (OD-3144)
                               George E. Murray (GM-4172)
                               366 Main Street
                               Port Washington, New York 11050
                               Tel: (516) 767-3600
                               Fax: (516) 767-3605