Chalos, O'Connor & Duffy LLP
Attorneys for Plaintiff,
FLAME MARITIME LIMITED
366 Main Street
Port Washington, New York
11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

Judge Pauley

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07        MAY 3 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FLAME MARITIME LIMITED,                          :
                                                 :
                              Plaintiff,         :
                                                 :
              v.                                 :      07 CIV. 4426 (WHP)
                                                 :
                                                 :      **ORDER FOR ISSUANCE**
                                                 :      **OF A PROCESS OF**
HASSAN ALI RICE EXPORT COMPANY,                  :      **MARITIME ATTACHMENT**
                                                 :
                              Defendant.         :
------------------------------------------------------------x

Upon reading the Verified Complaint requesting issuance of Process of Maritime

Attachment and Garnishment, and the Affidavit of Owen F. Duffy, Esq. attached thereto, and the

Court finding that the conditions for an attachment under Rule B of the Supplemental Rules for

Certain Admiralty and Maritime Claims Admiralty to the Federal Rules of Civil Procedure

appear to exist, it is this day, by the United States District Court for the Southern District of New

York, hereby

        **ORDERED** that the Clerk shall issue a Process of Maritime Attachment and

Garnishment as prayed for in the Verified Complaint; and it is further

        **ORDERED** that the Process of Attachment issued by the Clerk shall be against all

property, tangible or intangible, including funds, goods, chattels, credits, effects, debts owned by

or owed to the Defendant, HASSAN ALI RICE EXPORT COMPANY, or monies to be paid

to discharge a debt owed to the Defendant, including monies being electronically transferred by

or to HASSAN ALI RICE EXPORT COMPANY, which are in the possession or control of, or

being transferred through any garnishee within this District, including, without limitation,

property held by or in the possession or control of the following garnishee(s):

1.    American Express Bank Ltd.
      American Express Tower
      Three World Financial Center
      New York, New York 10285

2.    Bank of America
      c/o Zeichner Ellman & Krause, LLP
      Legal Counsel for Bank of America
      575 Lexington Avenue, 10th floor
      New York, New York 10022

3.    ABN Amro Bank N.V.
      55 East 52nd Street
      New York, New York 10055

4.    Bank of Tokyo Mitsubishi Ltd.
      1251 Avenue of the Americas
      New York, New York 10020

5.    Bank of New York
      One Wall Street
      New York, New York 10286

6.    Citibank, N.A.
      Legal Service Intake Unit
      1 Court Square, 7th Floor
      Long Island City, NY 11120

7.    Deutsche Bank
      60 Wall Street
      New York, New York 10005

8.    HSBC
      452 Fifth Avenue
      New York, New York

9.    JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza
New York, New York 10081

10.   Standard Chartered Bank
One Madison Avenue
New York, NY 10010

11.   Wachovia Bank
11 Penn Plaza
New York, New York 10001

or any of their affiliates and any other garnishee(s) within this district upon whom a copy of the

Process of Maritime Attachment and Garnishment herein may be served, in an amount up to the

amount sued for, i.e., $ 150,000.00, plus interest and costs, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished

pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at

which the plaintiff shall be required to show why the attachment and garnishment should not be

vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of

Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty

and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person,

who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee

herein) is deemed to be effective and continuous service throughout the remainder of the day

upon which such service is made commencing from the time of such service through the opening

of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of service of a copy of the Process of Maritime Attachment and Garnishment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

Dated:  New York, New York
        May 30, 2007

SO ORDERED:

_____
U. S. D. J.