Judge Pauley

Chalos, O'Connor & Duffy LLP
Attorneys for Plaintiff,
FLAME MARITIME LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

07 CV 4426

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

MAY 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FLAME MARITIME LIMITED,

          Plaintiff,

    v.

HASSAN ALI RICE EXPORT COMPANY,

          Defendant.
------------------------------------------------------------x

07 CIV. 4426 (WHP)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

      An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

      NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 30th day of May, 2007, and good cause having been shown, it is hereby

      **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the

2

garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, HASSAN ALI RICE EXPORT COMPANY.

Dated: New York, New York
May 30, 2007

_____
U.S.D.J.