LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
HASSAN ALI RICE EXPORT COMPANY
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:   (212) 490-6050
Facsimile:   (212) 490-6070
Charles E. Murphy (CM 2125)
Kevin J. Lennon (KL 5072)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLAME MARITIME LIMITED,                 :
                                        :   07 CIV 4426 (WHP)
              Plaintiff,                :
                                        :   **ECF CASE**
       -against-                        :
                                        :
HASSAN ALI RICE EXPORT COMPANY,         :
                                        :
              Defendant.                :
------------------------------------------------------------X

### ORDER TO SHOW CAUSE WHY RULE B ATTACHMENT SHOULD NOT BE VACATED

Upon the annexed Declaration of Aga Zafar Ahmed dated July 11, 2007 and the Affidavit of Kevin J. Lennon, dated July 24, 2007, the exhibits annexed hereto, and the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff FLAME MARITIME LTD. ("Plaintiff") show cause before the Honorable William H. Pauley, Unites States District Court Judge, at 500 Pearl Street, Courtroom 11D, New York, New York, 10007, pursuant to the Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1, on the 17TH day of August, 2007 at 12:00 PM o'clock or as soon thereafter as counsel can be heard why; (1) the attachment shall

not be vacated, or alternatively, reduced, and (2) an Order shall not be issued for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declarations, exhibits, and Memorandum of Law, if served upon Chalos O'Connor & Duffy, 366 Main Street Port Washington, NY 11050 attorneys for the Plaintiff, on or before __5__ o'clock on July _27_ 2007 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memoranda of law, shall be served so as to be received by counsel for the movant, Lennon, Murphy & Lennon LLC by fax or e-mail on or before the _13_ day of __August__ 2007 by _5:00pm_ o'clock.

Reply papers, if any, shall be served on counsel for Plaintiff on or before _5:00 pm_ o'clock on __August 15__, 2007 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Dated: New York, NY
July 24, 2007

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
7-27-07

**SO ORDERED:**

_____
U.S.D.J.

The Defendant,
HASSAN ALI RICE EXPORT COMPANY

By: _____
CHARLES E. MURPHY (CM 2152)
KEVIN J. LENNON (KL 5072)

LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – fax
cem@lenmur.com
kjl@lenmur.com