UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLAME MARITIME LIMITED,                          :
                                                 :    07 CIV 4426 (WHP)
       Plaintiff,                                :
                                                 :    **ECF CASE**
  -against-                                     :
                                                 :
HASSAN ALI RICE EXPORT COMPANY,                  :
                                                 :
      Defendant.                                :
------------------------------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES**
**PURSUANT TO FEDERAL RULE 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: August 7, 2007
      New York, NY

                                    The Plaintiff,
                                    HASSAN ALI RICE EXPORT COMPANY

                                    By: _____
                                    Kevin J. Lennon (KL-5072)
                                    Charles E. Murphy (CM 2125)

                                    LENNON, MURPHY & LENNON LLC
                                    The GrayBar Building
                                    420 Lexington Avenue, Suite 30o
                                    New York, NY 10170
                                    (212) 490-6050 - phone
                                    (212) 490-6070 - facsimile
                                    *kjl@lenmur.com*
                                    *cem@lenmur.com*