LENNON, MURPHY & LENNON LLC
Attorneys for Defendant
HASSAN ALI RICE EXPORT CO.
Charles E. Murphy (CM 2125)
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLAME MARITIME LTD.,                          :       07-CIV-4426 (WHP)

        Plaintiff,                                   :       **RESTRICTED APPEARANCE**

       - against -                                    :

HASSAN ALI RICE EXPORT CO.,                   :

        Defendant.                                   :
------------------------------------------------------------X

    HASSAN ALI RICE EXPORT CO. by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8) in this action.

    HASSAN ALI RICE EXPORT CO. expressly reserves all of its rights and defenses herein, including, but not limited to, the right to fully appear herein to challenge the propriety of the issuance of Plaintiff's Process of Maritime Attachment and Garnishment, including the right to seek vacatuer of the same.

    HASSAN ALI RICE EXPORT CO., hereby demands that Plaintiff serve a list of all New York garnishees upon which the Process of Maritime Attachment and Garnishment has been served, on its undersigned counsel.

Dated: August 8, 2007
       New York, NY

LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
HASSAN ALI RICE EXPORT CO.

By: *[signature]*
CHARLES E. MURPHY (CM 2125)

The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile

2