**EXHIBIT 2**

Ann.-'A' 31 1133
Flame
HAREC

## D E C R E E.

### IN THE HIGH COURT OF SINDH AT KARACHI

(ORIGINAL CIVIL JURISDICTION)

SUIT NO.272 OF 2000.

M/s.Flame Maritma Limtied.
Valletta, Malta, through its
Duly constituted attorney
Mr.Syed Shakil Ahmed, 604-5
6th Floor, Business Centre,
Mumtaz Hassan Road, Off:
I.I. Chundrigar Road, Karachi.................................................Plaintiffs/Owners.

### VERSUS

M/s.Hassan Ali Rice Export Co.,
102, Cotton Exchange Building,
I.I. Chundrigar Road, Karachi.................................................Defendants/Charterers.



APPLICATION UNDER SECTION 4, 5 AND 6 OF THE
ARBITRATION (PROTOCL & CONVENTION) ACT OF 1937
TO ENFORCE FOREIGN AWARD DATED 21.12.1999

The plaintiffs pray for judgement and decree as under:-

A)  That this Hon'ble Court may pleased to order that the Foreign Award, annexed herewith in original as Annexure "A" be filed and pronounce the judgment and decree in terms thereof against the Defendants for the following sums:

   i)   US$ 55,988.77 by way of demurrage;

   ii)  Interest at the rate of 7.5% per annum on the said US$ 55,988.77 from 21.05.1999 till payment;

   iii) Pounds 4,800/- being the professional fee of the Arbitrator;

   iv)  Interest at the rate of 7.5% per annum on the said Pounds 4,800/- from the date of Award till payment;

   v)   Plaintiff's cost or the Award as agreed between parties or as may be determined by Arbitrator subsequently.

B)  Grant such other relief(s) as this Hon'ble Court may deem fit and proper under the circumstances of the case.

Whereas the plaintiff above named has filed suit with the above prayer in this Court on 22nd February, 2000 and whereas notice have been served upon the defendants, the defendants having filed objections to the award.

And whereas the suit coming on this 13th day of December, 2005 for hearing of objections to award and finally for the judgment on this 23rd day of January, 2006

2

before Justice Mrs.Qaiser Iqbal in the presence of Mr.Khalid Rehman, Advocate for the plaintiffs and Mr.Moulvi Yousaf, Advocate for the defendants, it is hereby ordered that defendants had failed to make out any ground to nullify the award, the objections, raised by the defendants are hereby rejected and the award is made rule of the Court excluding the interest, accordingly, the suit is decreed in terms of the said award with the above modification with no order as to costs as under:-

That the charterers/defendants shall forthwith pay to the Owners/plaintiffs US$ 55,988.77 (United States Dollars Fifty Five Thousand Nine Hundred and Eighty Eight and Seventy Seven Cents).

That the charteres/defendants shall bear and pay their own and the owners/plaintiffs costs of the reference and that the charterers/defendants shall bear and pay the costs of final award in the sum of £ 4,800.00 (Four Thousand Eight Hundred Pounds Sterling), inclusive of my fees, interlocutory charges and disbursements PROVIDED, however, that if, in the first instance, the owners/plaintiffs shall have paid all or any part of the costs of the final award, they shall be entitled to an immediate reimbursement by the charterers/defendants of the sum so paid.

Given under my hand and the Seal of the Court, this 23rd day of January, 2006.

CERTIFIED TO BE TRUE COPY

ASSISTANT REGISTRAR

ASSTT:SEALER.

APPLIED FOR ON
FEES ESTIMATED ON
ESTIMATED FEES DEPOSITED ON
COPY MADE READY ON
STAMP SUPPLIED ON
COPY CERTIFIED ON
COPY DELIVERED ON

COPYING FEE
URGENT FEE
COMPARING FEE

ASSISTANT REGISTRAR