**EXHIBIT 3**

05 Jun 2007 15:03    92215212157                    92215212157              p.1

MTN: Mr. Ameer

Execution Application No. 55 of 2006

M/s. Flame Maritime Ltd.
the decree holder hereby apply for the execution of the decree herein below set forth:

| 1. Number of suit | 272 of 2000 |
|---|---|
| 2. Name of parties | Flame Maritime Ltd.    D.H.<br>versus<br>Hussain Ali Rice Export Co.    J.D.<br>102, Cotton Exchange Building,<br>I.I. Chundrigar Road, Karachi |
| 3. Date of decree | 23/01/2006 |
| 4. Payment of adjustment if any | Nil |
| 5. Whether appeal preferred from the decree | Not known |
| 6. Previous application, if any with result | First |
| 6.A. Assignment | No |
| 7. Amount with interest due up the decree or order or other relief granted thereby with particulars of any cross decree | Principal amount    US$55,988.77 |
| 8. Amount of costs if any awarded | (cost not awarded)    £4,800.00 |
| 9. Total Amount | US$55,988.00<br>£4,800.00 |
| 10. Against whom to be executed | Judgment Debtors abovenamed. |
| 11. Made in which the assistance of the Court is required. | By attachment and sale of the moveable property viz: house hold/shop goods belonging to the Judgment debtor in his possession, to be pointed out to the bailiff of this Hon'ble Court to the extent of the decretal amount Under O.21 Rule 43 C.P. Code. |

Advocate for Decree Holder                Attorney of Decree Holder

Karachi
Dated: 03/06/2006

I, Khalid Saleem Ansari, Attorney of the applicant abovenamed do hereby declare at the Karachi this 3rd day of June 2006 that what is stated is true to the best of my knowledge and belief.

                                                         Deponent

Identified by me.
                                                         Advocate

Solemnly affirmed on oath before me at Karachi this 3rd day of June 2006 by the Deponent abovenamed who is identified to me by the Nasimuddin Sheikh, Advocate who is known to me personally.

Charged Rs. ___ as fee for attesting this affidavit   Book No. _____
Receipt No. 80

                                    Commissioner for taking Affidavit.

bz

COMMISSIONER FOR TAKING AFFIDAVIT