**EXHIBIT 5**



Presented on 3-6-2006
Deputy Registrar (O.S.)

# HIGH COURT OF SINDH AT KARACHI

Execution Application No. 55 of 2006

M/s. Flame Maritime Ltd.
the decree holder hereby apply for the execution of the decree herein below set forth:

| 1. Number of suit | 272 of 2000 | |
|---|---|---|
| 2. Name of parties | Flame Maritime Ltd. | D.H. |
| | versus | |
| | Hussain Ali Rice Export Co. 102, Cotton Exchange Building, I.I. Chundrigar Road, Karachi | J.D. |

DIARY SHEET

19-5-2007.    Case fix on 07-8-2007.

Sd/- Kamran Memon.
ADDITIONAL REGISTRAR (O.S.)



CERTIFIED TO BE A TRUE COPY

Assistant Registrar

Assistant Registrar.