UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FLAME MARITIME LIMITED,                          :
                                                 :        07 CIV 4426 (WHP)
                    Plaintiff,                   :
                                                 :        **ECF CASE**
       -against-                                 :
                                                 :
HASSAN ALI RICE EXPORT COMPANY,                  :
                                                 :
                    Defendant.                   :
----------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of the Defendant:

NONE.

Dated: August 15, 2007
       New York, NY

                                        The Defendant,
                                        HASSAN ALI RICE EXPORT COMPANY,

                                        By: /s/ Charles E. Murphy
                                        Charles E. Murphy (CM 2125)
                                        LENNON MURPHY & LENNON, LLC
                                        The GrayBar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        (212) 490-6050 (phone)
                                        (212) 490-6070 (fax)
                                        cem@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on August 15, 2007, a copy of the foregoing was filed. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Charles E. Murphy (CM 2125)

2