USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLAME MARITIME LIMITED,

    Plaintiff,

-against-

HASSAN ALI RICE EXPORT COMPANY,

    Defendant.
------------------------------------------------------------X

07 CIV 4426 (WHP)

**ECF CASE**

### **AMENDED ORDER**

The Court having conducted a post-attachment hearing pursuant to Supplemental Admiralty Rule E(4)(f) on August 17, 2007; and having ruled by Memorandum and Order dated August 31, 2007 that the Court's May 31, 2007 *ex parte* Order for Process of Maritime Attachment and Garnishment, which Order authorized the attachment of Defendant's funds within this District in an amount of $150,000.00 plus interest and costs, be modified and reduced pursuant to Supplemental Admiralty Rule E(6) for good cause shown

    IT IS ORDERED that the Court's May 31, 2007 *ex parte* Order for Process of Maritime Attachment and Garnishment be and hereby is modified and reduced from the level of $150,000.00 plus interest and costs to the level of $55,988.77 plus £4,800.00, *i.e.*, reduced to $65,500.00;

    IT IS FURTHER ORDERED that all of Defendant's attached funds in excess of $65,500.00 shall be promptly released by the garnishee bank(s) and that Plaintiff's counsel shall instruct the garnishee bank(s) where to release the excess funds pursuant to wire instructions to be provided by Defendant's counsel.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/11/07

1