UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
FLAME MARITIME LIMITED,                      :

                Plaintiff,          :

    -against-                                              :

HASSAN ALI RICE EXPORT COMPANY,              :

                Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 4426 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       A status conference shall take place July 18, 2008 at 2:30 p.m.

Dated: June 6, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of record:*

George E. Murray, Esq.
Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, NY 11050
*Counsel for Plaintiff*

Charles Edmund Murphy, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
*Counsel for Defendant*

-1-