

# Lennon, Murphy & Lennon, LLC
### ATTORNEYS AT LAW



The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

July 17, 2008

> **Via Facsimile (212) 805-6390**
> Hon. William H. Pauley
> United States District Judge
> Daniel Patrick Moynihan U.S. Courthouse
> 500 Pearl Street, Room 2210
> New York, NY 10007

Re: **Flame Maritime Ltd. v. Hassan Ali Rice Export Co.**
Docket number: 07 CIV 4426 (WHP)
LML ref: 07-1133

**MEMO ENDORSED**

Dear Judge Pauley,

We are counsel for the Defendant in the above-referenced action. This action is currently scheduled for a status conference before your Honor on Friday July 18 at 2:30 p.m.

We submit this letter with permission of chambers and on behalf of the parties seeking a one month adjournment of the status conference until August 15, 2008 at a time convenient to the Court. Briefly stated, the litigation between the parties continues in Pakistan where Defendant is appealing Plaintiff's judgment. Plaintiff's counsel has recently inquired regarding a possible settlement in respect of Plaintiff's belief that notwithstanding the Defendant's pending appeal in Pakistan that it is entitled to seek recognition and enforcement of its judgment in New York as against the Defendant's funds under attachment. We do not agree with Plaintiff's belief in this respect and it may be the case that Plaintiff proceeds with a motion following a pre-motion conference, if necessary, before your Honor.

The adjournment is respectfully requested due to some very pressing deadlines faced by the undersigned and because outside of the above "status report" there is very little to discuss with your Honor. We appreciate your Honor's consideration of the parties request for an adjournment of the conference and are available to discuss any questions or comments at the convenience of the Court.

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/18/08

*The conference is adjourned to August 22, 2008 at 10:00 a.m.*

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy

Respectfully submitted,

Kevin J. Lennon

KJL/bhs

cc: *Via email: ofd@codus-law.com*
Chalos O' Connor & Duffy, LLP
*Attorney for Plaintiff*
366 Main Street
Port Washington, NY 11050
Attn: Owen Duffy, Esq.