```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
FLAME MARITIME LIMITED,                  :

                    Plaintiff,          :

    -against-                              :

HASSAN ALI RICE EXPORT COMPANY,          :

                    Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 4426 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        The Clerk of the Court is directed to mark this case closed.

Dated: July 31, 2009
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

George E. Murray, Esq.
Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, NY 11050
*Counsel for Plaintiff*

Charles Edmund Murphy, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
*Counsel for Defendant*